**No. 58287.**—Lehmann Imports, Inc. *v.* United States, protest 224097–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the merchandise, issues, and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the one case of whisky reported by the inspector as manifested, not found, was not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protest was sustained to this extent.

JULY 20, 1954

**No. 58288.**—Zaloom Brothers Co. *v.* United States, protest 219600–K (A).— Protest abandoned June 14, 1954.   (Not published.)   Plaintiff's application for rehearing granted.

JULY 21, 1954

**No. 58289.**—Louis Goldey and David L. Moss & Co., Inc. *v.* United States, protests 218339–K and 218350–K.—Protests abandoned June 14, 1954. (Not published.)   (Initial No. 164462–K.)   Plaintiffs' application for rehearing granted.

**No. 58290.**—A. J. Van Dugteren & Sons, Inc. *v.* United States, protest 222152–K.— Protest abandoned June 30, 1954.   (Not published.)   (Initial No. 221543–K.) Plaintiff's application for rehearing granted.

JULY 19, 1954

**No. 58291.**—SUIT 4768.—Marianao Sugar Trading Corp. *v.* United States.— C. D. 1481 affirmed March 23, 1954.   C. A. D. 557.

JULY 20, 1954

**No. 58292.**—SUIT 4774.—Joseph Ullmann Brokerage Corp. *v.* United States.— C. D. 1478 affirmed April 9, 1954.   C. A. D. 560.